US District Court
333 Constitution Ave NW
Wash, DC 20001

05-1100 RBW

6/19/2005

Dear Representative,

I Frances L. Greenhill am about to face another disaster the Levy was sent to me on Saturday, I just started a part time job working only 2 days a week Saturday and Sunday not making what use to make over 15 years ago is a serious hardship and if the garnishment is completed on my wages I have nothing left to care for my family. I will have to not only resign my job but loose my home in which as of August will have to be sold I have lost everything.

Sincerely,

*[signature]*

Frances L. Greenhill
1900 Ritchie Rd
District Heights MD 20747

| Form 668-W(c) (Rev. January 2001) | Department of the Treasury — Internal Revenue Service<br>**Notice of Levy on Wages, Salary, and Other Income** |
|---|---|

DATE: 05/31/2005

IRS ADDRESS:
ACS SUPPORT - STOP 5050
PO BOX 219236
KANSAS CITY, MO 64121-9236

TELEPHONE NUMBER OF IRS OFFICE:   SEQNUM 00635
TOLL FREE                         1-800-829-7650
                                  WI

TO:  P        54-1172771

*WITHHOLDING SHOULD BEGIN IN THE 7-8-05 PAYCHECK*
*awaiting payroll*
*SUNRISE SENIOR LIVING*
*DPC05*

SUNRISE SENIOR LIVING
7902 WESTPARK DR
MCLEAN VA                    22102

NAME AND ADDRESS OF TAXPAYER:

FRANCES L GREENHILL
1900 RITCHIE RD
DISTRICT HTS MD 20747-2522009

IDENTIFYING NUMBER(S):   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
GREE  B  00

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12-31-2000 | $ 21,723.66 | $ 4,154.99 | $ 25,878.65 |
| | | | Total Amount Due ▶ | $ 25,878.65 |

We figured the interest and late payment penalty to 06-30-2005.

Although we have told you to pay the amount you owe, it is still not paid.

This is your copy of a Notice of Levy we have sent to collect this unpaid amount. We will send other levies if we don't get enough with this one.

This levy requires the person who received it to turn over to us: (1) your wages and salary that have been earned but not paid yet, as well as wages and salary you earn in the future until this levy is released, and (2) your other income that the person has now or is obligated to pay you. These are levied to the extent they are not exempt as explained on the back of Part 5 of this form.

If you decide to pay the amount you owe now, please **bring a guaranteed payment (cash, cashier's check, certified check, or money order)** to the nearest IRS office with this form, so we can tell the person who received this levy not to send us your money. If you mail your payment instead of bringing it to us, we may not have time to stop the person who received this levy from sending us your money.

If you have any questions, or want to arrange payment before other levies are issued, please call or write us. If you write to us, please include your telephone number and the best time to call.

**Please see the back of Part 5 for instructions.**

| Signature of Service Representative | Title **Operations Manager, Collection** |
|---|---|

Part 2 - FOR TAXPAYER                       FORM 668-W(c) (Rev.1-01) 16748F

6/19/2005

ACS Support
PO Box 219236
Kansas City, Missouri 64121-9236

Dear Representative:

As a part time employee with Sunrise with 2 days a week and if you garnish my wages would be an extreme hardship as you have already garnished taxes of $4,000 which was *due to tax levy* needed for my gas bill and because of the garnishment we could not pay the bill. I am a *π + levy which* single parent taking care of two teenage and a disabled adult child in a home without *offset my back* assistance. I was unemployed for 6 months and in attempts to locate full time or part *w/ Fed Govt.* time employment had been very challenging. I do have a tax negotiator whose name is _Nancy McNeil_ and Address is _5100 North Ravenswood, Chicago Illinois 60640_ *w/ The Tax Defender* which I must hire she needs $800.00 to complete the counter offer and due to and eeoc case which is now accepted in District Court for trial is being reviewed by Judge Lamberth for Breach of Settlement in which the entire tax issues is part of and due to the hardship IRS, US Dept. of Education, and Attorney John McBurney had placed our family under, much debt was incurred and reduced substantially and will be further reduced very soon. If the garnishment is done I will have to resign my position with Sunrise due to lack of income I cannot afford presently to Volunteer services and arrive and exit from work and have a resident for my family. I will also not be able to care for our children. The case number is _(will be forwarded ASAP)_

Sincerely,

*Frances L. Greenhill*

Frances L. Greenhill


The case is now being reviewed by Judge Lambeth in US District Court regarding the taxes & employment negotiations and was granted + filing fee was waived as of 6-2005.