UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANCES L. GREENHILL, *pro se*  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>MARGARET SPELLINGS,  )<br>Secretary, U.S. Department of Education,  )<br>  )<br>  Defendant.  )<br>_____  ) | Civil Action No.:  05-1100 (RBW) |

### **PRAECIPE**

Defendant kindly requests that the Clerk of the Court please enter the appearance of Assistant United States Attorney Megan Rose as counsel for Defendant in the above-captioned case.

Respectfully submitted,

/s/
MEGAN L. ROSE
Assistant United States Attorney
Civil Division
Judiciary Center Building
555 4th St., N.W., E-4220
Washington, D.C.  20530
(202) 514-7220

## CERTIFICATE OF SERVICE

I certify that the foregoing **Praecipe** was served upon plaintiff pursuant to the U.S. mail, addressed to:

**Frances L. Greenhill**
**1900 Ritchie Road**
**District Heights, MD 20747**

on this  16th  day of August, 2005.

/s/
MEGAN L. ROSE
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th Street, NW
Washington, D.C. 20530