UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANCES L. GREENHILL, *pro se* ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.:  05-1100 (RBW) |
| ) | |
| MARGARET SPELLINGS, ) | |
| Secretary, U.S. Department of Education, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **DEFENDANT'S FIRST MOTION FOR ENLARGEMENT OF TIME**

Defendant Margaret Spellings, Secretary, U.S. Department of Education, by and through undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to answer or otherwise respond to Plaintiff's Complaint.  Defendant requests that the deadline for responding to this Complaint be extended one month, from August 22 to September 22, 2005.  This is Defendant's first request for an enlargement of time, and no scheduling or case management order has been entered in this case.  Counsel for Defendant attempted to contact Plaintiff, *pro se*, but the number listed on Plaintiff's Complaint was not in service.  Also, counsel for Defendant was unable to reach Plaintiff at the second number listed on Plaintiff's Complaint.

This enlargement of time is sought because additional time is needed for counsel for Defendant to confer with agency counsel and obtain critical information about the circumstances of this case.  Plaintiff, *pro se*, is seeking damages and injunctive relief for what appears to be an employment discrimination claim.  Counsel for Defendant has coordinated with agency counsel and anticipates filing a dispositive motion in this case.  Agency counsel is working to compile the

record, but counsel for Defendant has not yet been able to coordinate with agency counsel the preparation of Defendant's response. Additionally, the time requested takes into account the fact that counsel for Defendant will be out of the office next week, the original deadline for Defendant's answer.

This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendant some additional time to formulate its response will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for answering or otherwise responding to the complaint be extended to and including September 22, 2005.

Dated: August 16, 2005.

          Respectfully submitted,

          KENNETH L. WAINSTEIN, D.C. BAR # 451058
          United States Attorney


          /s/
          MEGAN L. ROSE, N.C. Bar # 28639
          Assistant United States Attorney
          555 4th Street, N.W. - Civil Division
          Washington, D.C. 20530
          (202) 514-7220

## CERTIFICATE OF SERVICE

I certify that the foregoing **Motion For Enlargement of Time** was served upon plaintiff pursuant to the U.S. mail, addressed to:

**Frances L. Greenhill
1900 Ritchie Road
District Heights, MD 20747**

on this  16th   day of August, 2005.

/s/
MEGAN L. ROSE
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th Street, NW
Washington, D.C. 20530