8/22/2005

United States District Court
For the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Case Name: Greenhill v Spellings
Case Number: 1:05-cv-1100

Dear Judge Reggie B. Walton;

I would like to request a public defender or help from the Civil Pro Bono Panel due to previous employment status after being laid off from full time work as a contractor with the US Dept. of Transportation, Office of Safety at 1133 Vermont Ave., NW, Washington, DC in Aug 16, 2004 and not locating full time employment for over 6 months. As the tax lien settlement was not discussed and affected my background application, which was answered to honestly on the application and is presently being addressed in the response from the US Department of Education. I am diligently working to try to keep our home for my family and trying to catch up on all expenses incurred over the years of lay off.

Sincerely,

*[signature]*

Frances L. Greenhill
1900 Ritchie Road
District Heights, MD 20747
301-418-4313 & 301-736-6764