8/22/2005

United States District Court
For the District of Columbia
333 Constitution Avenue, NW
Washington, DC  20001

Case Name:  Greenhill v Spellings
Case Number: 1:05-cv-1100

Dear Judge Reggie B. Walton;

I would like to submit my new telephone number for the record it is 301-418-4314. The previous number was not updated and the second number to reach me is  301-736-6764.  I will email it to Megan Lindholm Rose as well as I called and left the new number on her voicemail on Wednesday of last week upon receipt of the motion of enlargement of time.

Any further changes will be forwarded as soon as possible.

Sincerely,

Frances L. Greenhill
1900 Ritchie Road
District Heights, MD  20747
301-418-4313 & 301-736-6764

cc: Megan Rose