UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FRANCES L. GREENHILL, *pro se* )<br>)<br>      Plaintiff, )<br>)<br>      v. )<br>)<br>MARGARET SPELLINGS, )<br>Secretary, U.S. Department of Education, )<br>)<br>      Defendant. )<br>_____) | Civil Action No.:  05-1100 (RBW) |

**DEFENDANT'S SECOND MOTION FOR ENLARGEMENT OF TIME**

Defendant Margaret Spellings, Secretary, U.S. Department of Education, by and through undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to answer or otherwise respond to Plaintiff's Complaint. Defendant requests that the deadline for responding to this Complaint be extended one month, specifically from September 22 to October 24, 2005. This is Defendant's second request for an enlargement of time, and no scheduling or case management order has been entered in this case. Counsel for Defendant attempted to contact Plaintiff, *pro se*, but was unable to reach her.

This enlargement of time is sought because additional time is needed for counsel for Defendant to confer with agency counsel and obtain critical information about the circumstances of this case from a rather lengthy administrative record. Plaintiff, *pro se*, is seeking damages and injunctive relief for what appears to be an employment discrimination claim. Counsel for Defendant has coordinated with agency counsel and anticipates filing a dispositive motion in this case. Agency counsel is currently working to compile the record, but counsel for Defendant has not yet received the entire administrative record. Once counsel for Defendant receives such, she

can then complete the preparation of Defendant's response.

Counsel is mindful of the Court's expectation that motions for extension of time will be filed at least four days in advance; however, the need for this enlargement did not become apparent until today. Counsel had hoped to be able to file a dispositive motion on September 22, 2005. However, due to the fact that the administrative record is not yet complete, and due to deadlines in counsel's other cases in an active docket, including <u>Robinson v. Johanns</u>, 05-0358 (JR), and in the Court of Appeals, <u>Sample v. Bureau of Prisons</u>, 05-5038, counsel for Defendant will be unable finalize a response prior to the current due date.

This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendant some additional time to formulate its response will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for answering or otherwise responding to the complaint be extended to and including October 24, 2005.

Dated: September 20, 2005.

        Respectfully submitted,

        KENNETH L. WAINSTEIN, D.C. BAR # 451058
        United States Attorney


        /s/_____
        MEGAN L. ROSE, N.C. Bar # 28639
        Assistant United States Attorney
        555 4th Street, N.W. - Civil Division
        Washington, D.C. 20530
        (202) 514-7220

## CERTIFICATE OF SERVICE

I certify that the foregoing **Motion For Enlargement of Time** was served upon plaintiff pursuant to the U.S. mail, addressed to:

**Frances L. Greenhill**
**1900 Ritchie Road**
**District Heights, MD 20747**

on this  20th   day of September, 2005.

/s/
MEGAN L. ROSE
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th Street, NW
Washington, D.C. 20530