UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANCES L. GREENHILL, pro se ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.:  05-1100 (RBW) |
| ) | |
| MARGARET SPELLINGS, ) | |
| Secretary, U.S. Department of Education, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**DEFENDANT'S STATEMENT OF MATERIAL FACTS NOT IN GENUINE DISPUTE**

Pursuant to LCvR 7.1(h), Defendant Margaret Spellings, Secretary, United States Department of Education, respectfully submits this statement of material facts as to which there is no genuine dispute.  The accompanying exhibits support this statement.

1.   Effective December 8, 1999, the U.S. Department of Education (Defendant) and Frances L. Greenhill (Plaintiff) entered into a settlement agreement resolving: Plaintiff's EEO complaints ED-9917000, ED-9920000, and ED 9936000, and the December 9, 1998 Proposal to Remove Plaintiff issued by Defendant.[1]  See Settlement Agreement, Attachment to Pl. Compl.; Def. Exh. A.[2]

2.   The settlement agreement stated, in relevant part, that "[i]f the Complainant

---

[1]  As part of the settlement agreement, the agency agreed to grant Plaintiff a within-grade increase and backpay, effective August 30, 1998 and to provide Plaintiff with a rating of "Pass" for the 1998-1999 General Performance Appraisal System (GPAS) rating year.  In exchange, Plaintiff received a lump sum of $90,000, agreed not to seek re-employment with the agency and waived her rights under five EEO complaints.  See Exh. A.

[2]  For the Court's ease of reference, although all of Defendant's citations refer to unlabeled attachments to Plaintiff's Complaint, Defendant has attached the relevant documents to this motion and labeled them as Defendant's Exhibits as well.

believes that the Department has failed to comply with the terms of this Agreement, she must notify the Department's EEO Director <u>in writing</u> within thirty (30) calendar days of the date Complainant knew or should have known of the alleged noncompliance." <u>Id.</u> (emphasis added).

    3.      On June 21, 2002, the U.S. Department of Justice, Civil Division, withdrew a tentative offer of employment to Plaintiff because of information received from Defendant and from Plaintiff's Official Personnel Folder (OPF). <u>See</u> Exh B.

    4.      Sometime in the summer of 2002, Plaintiff met with Cathy Hawkins, a senior Equal Employment Specialist at the Department of Education, Equal Employment Opportunity Group (EEOG). <u>See</u> Declaration of Cathy Hawkins, Exh. C. Plaintiff informed Ms. Hawkins that she believed that Plaintiff had breached the 1999 settlement agreement. <u>Id.</u> Ms. Hawkins advised Plaintiff that verbal notification was insufficient to constitute a formal complaint and that she must put her allegations in writing. Ms. Hawkins additionally pointed out that Plaintiff's settlement agreement required Plaintiff to notify EEOG in writing if she believed that Defendant had breached the settlement agreement. Plaintiff responded that she was aware that she would have to file a formal written notification. <u>Id.</u>

    5.      Defendant did not hear anything more from Plaintiff about this matter until one year later when, on July 30, 2003, Plaintiff filed a written notification of breach of settlement agreement. <u>See</u> Exh D. Plaintiff's notification acknowledged that she failed to file her complaint "in a timely fashion." <u>Id.</u>

    6.      On July 1, 2004, Robert P. Kilpatrick, EEOG, accepted Plaintiff's submission for processing. <u>See</u> Exh E.

    7.      On August 17, 2004, James R. White, Director, EEOG, sent Plaintiff a letter rescinding the July 1 acceptance of her complaint, and dismissing the complaint on the basis that

it was untimely.  See Exh. F.

8.	Plaintiff appealed the dismissal of her complaint to the Equal Employment Opportunity Commission's (EEOC) Office of Federal Operations (OFO).  See Exh. G.  On February 14, 2005, the EEOC affirmed the Final Agency decision, concluding that Plaintiff untimely informed Defendant of its alleged breach of the settlement agreement.  See Exh. H.

Dated: October 24, 2005.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

/s/
MEGAN L. ROSE, N.C. Bar # 28639
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. - Civil Division
Washington, D.C.  20530
(202) 514-7220