UNITED STATES OF AMERICA
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

FRANCES L. GREENHILL, )
 )
Complainant )
 )
v. ) EEOC Docket No. 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X
 ) Agency No. ED-9736000
U.S. DEPARTMENT OF EDUCATION, )
 )
Agency. )

## SETTLEMENT AGREEMENT

This Settlement Agreement (Agreement) is made by and on behalf of Richard W. Riley, Secretary, U.S. Department of Education (Department or Agency), represented by Daria M. Stec, Esquire; and Frances L. Greenhill (Complainant), represented by John J. McBurney, Esquire.

This Agreement is entered into as a full and final disposition, settlement, and satisfaction of the above-captioned Equal Employment Opportunity (EEO) complaint and any and all claims and other legal issues, formal and informal in nature, raised therein; and of all other claims and legal issues, formal and informal in nature, relating to Complainant's employment at the Department that are pending as of the date of the last signature on this Agreement. These matters include, but are not limited to: (1) EEO Complaint No. ED-9917000; 2) EEO Complaint No. ED-9920000; 3) EEO Complaint No. 9936000; and (4) the Department's December 9, 1998 Proposal to Remove Complainant from her position at the Department and from the Federal service for inability to perform the duties of her position.

The parties, without admitting fault on the part of either party, have concluded that it is in the best interests of all concerned to settle these matters in the manner and on the terms set forth in this Agreement. Therefore, in consideration of the mutual understandings stated below, and of the promises made and the acts to be performed by the parties and their representatives, it is agreed as follows:

1. At the time she executes this Agreement, Complainant shall submit to the Department, in writing, a signed statement that she voluntarily and irrevocably resigns from her position at the Department, effective on the date of her signature on this Agreement.

2. Upon Complainant's resignation, the Department agrees to the following:

OPTIONAL FORM 99 (7-90)
FAX TRANSMITTAL   # of pages ▶ 6
To Betty Movin   From Frances Greenhill
Dept/Agency   Phone #
Fax # 205-
NSN 7540-01-317-7    GOVERNMENT EXHIBIT A
GENERAL SERVICES ADMINISTRATION

2

(a) to remove the Proposal to Remove and any other documents relating to it from all personnel files and records that may be maintained in the Office of Elementary and Secondary Education (OESE). This paragraph does not apply to the Department's official records concerning the Proposal to Remove that are addressed in Paragraph 11 of this Agreement; and

(b) to refer all requests for employment references on Complainant to Joyce Boykin, Leader, Headquarters Customer Service Team III, Human Resources Group. The response to such requests shall be limited to stating that Complainant "resigned effective [date of Complainant's written resignation and reason]," and verifying the dates of employment, Complainant's salary, GS-level, title, and performance ratings contained in Complainant's Employee Performance Folder (EPF).

3. The Department agrees to pay Complainant a lump sum of $90,000 (Ninety Thousand Dollars), by means of a check made payable to Complainant and her representative.

4. The Department agrees to grant Complainant a Within-Grade Increase (WGI), and back pay arising therefrom, to the GS-7, Step 7 level, effective August 30, 1998.

5. The Department agrees to provide Complainant a rating of "Pass" for the 1998-99 General Performance Appraisal System (GPAS) rating year.

6. Complainant agrees that she will not apply for or accept any position at the Department at any time after the effective date of this Agreement, and understands that any pending or future applications for employment at the Department will not be considered.

7. Complainant understands and agrees that her signature on this fully executed Agreement constitutes her withdrawal and dismissal, with prejudice, of her pending EEO complaints, identified as Agency Nos. ED-9736000, ED-9917000, ED-9920000, ED-9936000, and any other complaints, grievances, or appeals relating to Complainant's employment at the Department that may be pending at the time she signs this Agreement.

8. The terms and payments specified in this Agreement constitute full and final disposition and settlement of, and fully relieve and release the Department from liability for, any and all matters concerning Complainant's employment at the Department, including, but not limited to, all claims and issues relating to the Proposal to Remove Complainant and to Complainant's EEO complaints identified above. Complainant and her representative agree that they will not seek any further relief, including, but not limited to, back pay, interest, compensatory damages, or attorney's fees, in any form, and that the Department shall not be liable for any other relief in any form whatsoever as a result of any claims and issues relating to Complainant's employment at the Department, including those resolved by this Agreement.

9. Complainant waives, abandons, releases, and discharges the Department and the United States of America and its agencies and instrumentalities, officers, agents, and

3

employees, in their official and individual capacities, from each, any and all claims and/or causes of action whatsoever, in law or in equity, which Complainant now has or may hereafter acquire, arising from or out of her employment at the Department. Complainant agrees not to bring any further legal action in any forum (including, but not limited to, arbitration proceedings) against the Department, or its current or former employees, agents, or representatives, with respect to any and all claims resolved by this Agreement or otherwise arising from her employment at the Department.

10. This Agreement has been entered into in good faith by the parties to avoid unnecessary litigation and to encourage fair and speedy resolution of the issues. The parties jointly and expressly stipulate and agree that their entering into this Agreement does not and shall not constitute, nor may it be construed as, any admission by the United States, the Department, and its representatives and employees of: (a) liability, fault, or wrongdoing; and/or (b) any of the factual allegations asserted by Complainant in the above-captioned EEO complaint or any other matters resolved by this Agreement; and/or (c) any violation of any law, regulation, or Constitutional right.

11. The parties agree that the Department's official records of this matter will be maintained in accordance with applicable U.S. Government and Departmental records retention and disposition schedules. Official records of this matter may include, but are not limited to, any files on this matter maintained by the Department's Office of Inspector General, the adverse action files maintained in the Department's Employee Relations Group, the complaint files maintained by the Department's Equal Employment Opportunity Group, and litigation files maintained in the Office of the General Counsel. All such files will reflect the disposition of this case through settlement. The parties agree and understand that this Agreement in no way restricts or inhibits the Department from releasing any information from such records, or the records themselves, where such release is legally required or allowed for Governmental purposes, is required by subpoena or court papers in the nature of subpoenas, is in response to requests of Congress and/or Governmental investigative agencies, such as an Office of Inspector General or the Office of Personnel Management, or is in response to requests of other Governmental agencies, or persons/entities who have the delegated authority, for purposes of conducting any type of security, suitability, or background inquiry relating to Complainant.

12. This Agreement shall not serve as a precedent for resolving any other complaints, grievances, or appeals, which have been or may be filed by the Complainant or any other person.

13. The parties acknowledge and agree that they have had the opportunity to seek the advice of counsel; that they have had a reasonable period of time to consider this Agreement; that they have read and completely understand all aspects of this Agreement, and that they sign this Agreement voluntarily and with full knowledge of its terms and conditions

4

14. The parties acknowledge that this Agreement is the entire understanding and agreement of the parties, that no representations or inducements to resolve these matters have been made other than those recited therein; and that there are no binding promises or agreements concerning those matters which are not contained therein.

15. The parties agree that this Agreement may be used as evidence in any subsequent proceeding in which either of the parties claims a breach of the Agreement. If the Complainant believes that the Department has failed to comply with the terms of this Agreement, she must notify the Department's EEO Director in writing within thirty (30) calendar days of the date Complainant knew or should have known of the alleged noncompliance. The claim will be processed as set forth in 29 C.F.R. 1614.504 and may result in: compliance by the Department; rejection of the claim; an EEOC order that the Department comply with the Agreement, or reinstatement of the above-captioned EEO complaint for further processing from the point processing ceased under the terms of this Agreement. Complainant understands and agrees that, in the event her complaint is reinstated under this paragraph, she will be responsible for the return of all benefits, including, but not limited to, attorney's fees, that she has obtained under this Agreement up to the time that her complaint is reinstated. In the case of rejection by the Department, the Complainant may appeal, within 30 days, to the EEOC for a determination as to whether the Department has complied with the terms of this Agreement.

16. The parties and their respective representatives, having the opportunity to read the above provisions of this Agreement, acknowledge their full understanding and acceptance of the terms and conditions of the Agreement by affixing their respective signatures below:

FOR THE COMPLAINANT

_Frances L. Greenhill_      11/30/99
Frances L. Greenhill      Date
Complainant

_John J. McBurney_      11/30/99
John J. McBurney, Esquire      Date
Complainant's Representative

Dec-19-2003 06:35pm From-FRA-OFFICE OF SAFETY 2024936309 T-790 P.005/006 F-399
Case 1:05-cv-01100-RBW   Document 12-3   Filed 10/24/2005   Page 5 of 6

5

FOR THE AGENCY:

_____      12/2/99
Michael Cohen                                 Date
Assistant Secretary
Office of Elementary and
 Secondary Education


_____      12-8-99
Willie Gilmore                                Date
Director
Office of Management


_____      12/6/99
James R. White                                Date
Director
Equal Employment Opportunity
 Group


_____      12/8/99
Daria M. Stec, Esquire                    Date
Agency Representative

I hereby resign from the Office of Indian Affairs, a part of the Office of Elementary and Secondary Education, of the U.S. Dept Department of Education.

My resignation is effective this ___30th___ day of ___November___, 1999.

I intend to pursue federal employment in another field, namely, the area of Health and Human Services.

_Frances L. Greenhill_
Frances L. Greenhill

Witness:

_John J. McBurney, Attorney_
John J. McBurney, Attorney