U.S. Department of Justice

Civil Division

---

Washington, D.C. 20530

June 21, 2002

Ms. Frances L. Greenhill
1900 Ritchie Road
District Heights, MD 20747

Dear Ms. Greenhill:

    This is notice that we are withdrawing our tentative offer of employment with the Civil Division as a GS-5 Secretary (Office Automation) in the Commercial Litigation Branch.

    One of the conditions of employment with the Civil Division is the successful completion of a background investigation by the Office of Personnel Management (OPM). Prior to initiating an investigation by the OPM, members of my staff reviewed your employment and security forms and obtained references from your previous employers.

    Because of shortages in the secretarial field, we attempt to obtain a waiver from the Department's Office of Security which would enable us to bring a candidate on board while OPM's background investigation is ongoing. Requesting a waiver would require positive references and an absence of negative information on your security forms and employment records.

    As you know, the Civil Division received a reference response from the Department of Education (DOE) which raised questions concerning your prior employment. In addition, your official personnel folder (OPF) was received from the National Personnel Records Center, and it contains information that suggests a within-grade increase may have been initially denied during your service with DOE. Because these issues have surfaced, we are unable to request a waiver to bring you on board prior to OPM's completion of your background investigation, a process that could take several months.



GOVERNMENT EXHIBIT B

-2-

Because of our critical need to fill this secretarial position as quickly as possible, I have determined that it is in the best interests of the Civil Division to remove your name from further consideration for this position.

We appreciate your interest in employment with the Civil Division.

Sincerely,

*Penelope S. Roberts*

Penelope S. Roberts
Chief
Personnel Management Branch