BEFORE THE
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Office of Federal Operations

| | |
|---|---|
| Frances Greenhill, ) | |
| ) | |
|   Complainant ) | |
| ) | |
| v. ) | OFO Docket No. 01A45669 |
| ) | Agency No. ED-2004-29-00 |
| Roderick R. Paige, Secretary, ) | |
| U.S. Department of Education, ) | |
| ) | |
|   Agency. ) | |
| _____) | |

## DECLARATION

I, Cathy J. Hawkins, hereby declare, under penalty of perjury, that the following is true and accurate to the best of my knowledge and belief:

1. I am an Equal Employment Specialist (EES) in the U.S. Department of Education's (Agency, Department) Equal Employment Opportunity Group (EEOG). I have been in this position since the Department's inception in 1980; I have been an EES since 1976.

2. As a senior EES, I review formal complaints of discrimination to determine whether they should be accepted for processing or dismissed, prepare letters of dismissal or acceptance, and advise complainants whose complaints have been accepted concerning their rights in the EEO process during the administrative stage of processing.

3. Sometime in the summer of 2002, Ms. Frances Greenhill Complainant) came to my office. She showed me a copy of a 1999 settlement agreement with the



2

Agency, and explained to me that she believed the Agency had breached the settlement agreement. At that point, I told Ms. Greenhill that she needed to put her complaint in writing, because just telling me was not enough to constitute a formal complaint. I informed her that just talking to me was not sufficient to constitute a formal complaint, and pointed out that the settlement agreement required that she notify our office in writing if she believed the settlement agreement had been breached.

4. In response, Ms. Greenhill stated that she was aware that talking to me was not enough, and that she would have to file a formal written complaint.

5. I did not hear anything more from or about Ms. Greenhill until EEOG received her written complaint alleging breach of settlement agreement in July 2003, over one year after I had talked to her.

6. As a matter of course, I and other employees in EEOG advise potential complainants about their rights and the procedures that need to be followed; however, what the individuals do with our advice is strictly up to them.

_Cathy J. Hawkins_
Cathy J. Hawkins
Equal Employment Specialist

_November 5, 2004_
Date