7/30/2003

Mr. James R. White
Director, EEO
Department of Education
400 Maryland Avenue, SW, Room 2W228
Washington, DC 20202-4550

Dear Mr. White:

I Frances L. Greenhill would like to inform your agency that Ms. Mary Brayboy Breached our settlement agreement of November 30, 1999. After applying to the US Department of Justice, for a GS 5 Secretary Position, and just about to receive a start date for the position after a six month wait and sensitive background investigation. I did not place her name on my Resume, or employment application she stated that, " I was fired", from the Department", which was in error, The US Department of Justice Security Office had me redo the paperwork for secret clearance, and they received my OPF in which the documents which reflected a negative response was in the file. This situation has caused a hardship with our family.

The decline letter stated that there are still documents in my file, specifically a step increase denial which needs to be removed and any negative responses from within the Department which still needs to be checked and cleared. I would like to continue pursuing the case. But due to the hardship of this case and the nature of this case, ill health for six months upon notification that IRS requested 89% of the taxes back from the settlement, death of family member, loss of permanent work at the Department, by being mislead by the previous hired Attorney had me sign the resignation under false pretence stating the Department's Lawyers were going to reassign me to another Gov't position, and relocation from 548 Ingraham St., NE DC due to offer letter from the US Justice Department to 1900 Ritchie Road, District Heights, MD 2074[?]

GOVERNMENT EXHIBIT D

first purchased home from the proceeds, and divorce. Due to the stress, and suffering experienced and speaking with Ms. Cathie Hawkins, EEO Specialist and shared with her as she read the denial letter I was unable to submit this request in a timely fashion.

Sincerely,

*Frances L. Greenhill*

Frances L. Greenhill