

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF MANAGEMENT

JUL 1 - 2004

Frances L. Greenhill
1900 Richie Road
District Heights, MD 20747

In the Complaint of:
Frances L. Greenhill and
Roderick R. Paige, Secretary
U.S. Department of Education
RE: ED-Case Number 2004-29-00

Dear Ms. Greenhill:

This letter is to inform you that your complaint of discrimination that you filed against the U.S. Department of Education on July 30, 2003 has been accepted for formal processing. The complaint alleges a breach of settlement agreement.

Under Equal Employment Opportunity Commission Regulation 29 C.F.R. 1614.504(a) a complainant is supposed to notify the EEO Director, in writing, of the alleged noncompliance of a settlement agreement within 30 days of when the complainant knew or should have known of the alleged noncompliance. Your letter alleging a breach is dated July 30, 2003. Included in the information you submitted is a June 21, 2002 letter from the Department of Justice withdrawing a tentative offer of employment as a GS-5 Secretary.

In your letter you also provided reasons why you did not meet the 30-day time frame for notifying the Director of EEO of the alleged Breach.

29 C.F.R. 1614.504(c) states that the time limits are subject to waiver, estoppel and equitable tolling. This provision is invoked and your allegation of breach of contract is accepted for processing.

The following issue(s) will be investigated:

1. Whether the Department breached the November 30, 1999 settlement agreement when employment references were not referred to the Leader, Headquarters Customer Service Team III, Human resources Group.

2. Whether the Department breached the November 30, 1999 settlement agreement when it provided references that were not limited to stating the effective date of Complainant's resignation, verifying the dates of

400 MARYLAND AVE., S.W., WASHINGTON, DC 20202-4500
www.ed.gov

Our mission is to ensure equal access to education and to promote educational excellence throughout the nation.



GOVERNMENT EXHIBIT E

Page 2 –Frances L. Greenhill (Letter of Investigation Number ED Case Number-2004-29-00)

    employment, Complainant's salary, GS level, title, and performance ratings contained in Complainant's Employee Performance Folder (EPF).

3. Whether the Department breached the November 30, 1999 settlement agreement when documents related to the denial of a within-grade increase and corresponding negative responses were not removed from Complainant's Official Personnel Folder (OPF).

Because of the unique nature of this action it is appropriate to inform you of particular applicable EEOC provisions. Under EEOC regulation 29 C.F.R.1614.504.(a) a complainant may request that the terms of a settlement agreement be specifically implemented or that the complaint be reinstated for further processing from the point processing ceased. In your July 30, 2003 letter you stated, "I would like to continue pursuing the case". We interpret this to mean that you are asking that your complaint be reinstated and processed from the point at which processing ceased. If your complaint is reinstated, EEOC regulations require that both parties return to the position they were in prior to the agreement. This means that you would need to return any benefits you received as a result of the settlement agreement. O'Farrell v. U.S. Postal Service, EEOC Petition No. 0490001 February 28, 1992.

If, however, your statement means that you are asking that the terms of your settlement agreement be specifically implemented, then those benefits you received would **not** need to be returned.

**Please be aware of the fact that these two options are remedies that would apply if there were a determination that a breach of the contract had occurred. This determination has not been made at this time. Please inform us of your choice of remedy in the event that a breach is found.**

The investigation will focus only on the issue identified above and a complete and impartial record will be developed. The investigation will (1) gather facts upon which to base a determination as to whether there has been any violation of the laws enforced by the Equal Employment Opportunity Commission (EEOC)[1] and (2) provide a sufficient factual basis to make such a decision.

---

[1] The EEOC enforces: (1) Section 717 of Title VII of the Civil Rights Act of 1964, as amended: 2) Sections 501 and 505 of the Rehabilitation Act of 1973, as amended; 3) Section 15 of the Age Discrimination in Employment Act of 1967, as amended, and 4) the Equal Pay Act, Section 6(d) of the Fair Labor Standards Act of 1938, as amended.

Page 3 –Frances L. Greenhill (Letter of Investigation Number ED Case Number-2004-29-00)

The scope of the investigation will include gathering information on the actual incidents, reviewing circumstances surrounding the alleged discriminatory act and gathering any other information necessary to develop a complete and impartial factual record. The agency may use an exchange of letters or memoranda, interrogatories, a fact-finding conference, or any other method that adequately addresses the issue being investigated.

The investigator assigned to investigate your complaint of discrimination will contact you and request your response to interrogatories that are pertinent to the issue you have raised. Please be advised that you have fifteen (15) days from the date you receive the interrogatories to submit your response to the investigator. If your response is not presented or post marked within the established time frame, your complaint may be dismissed in accordance with the EEOC's Regulation at 29 CFR §1614.107(g), unless you inform the investigator or the Equal Employment Opportunity Group of extenuating circumstances that prevented you from submitting your response within the established time frame.

You may contact us at any time during the process if you have questions or need information. However, if you have a question regarding the issue or disagree with the issue as stated, please contact me or Betty Morton, the Equal Employment Specialist assigned to the case, within five (5) calendar days of your receipt of this letter. We can be reached at (202) 401-3560.

Sincerely,

*Robert P. Kirkpatrick, for*

James R. White
Director
Equal Employment Opportunity Group



# OFFICE OF MANAGEMENT
## EQUAL EMPLOYMENT OPPORTUNITY GROUP
Suite 2W228, FB-6
400 Maryland Ave., SW
Washington, DC 20202-4550

Phone: 202-401-3560
Fax:    202-205-5760

### FAX COVER SHEET

TO: Frances Greenhill

Phone: 202-493-6309

FROM: Bettie Morton

Phone: 202-401-3584

SUBJECT: ack - letter

Number of pages including this cover sheet ___4___

Should you have any problems receiving this fax, please contact the sender.

07/01/04  15:25  FAX 202 205 5760           US DEPT. OF EDUCATION                    ☒001

```
                    ********************
                    ***   TX REPORT   ***
                    ********************

          TRANSMISSION OK

          TX/RX NO                3606
          CONNECTION TEL                     94936309
          SUBADDRESS
          CONNECTION ID
          ST. TIME                07/01 15:24
          USAGE T                 00'39
          PGS. SENT               4
          RESULT                  OK
```



# OFFICE OF MANAGEMENT
## EQUAL EMPLOYMENT OPPORTUNITY GROUP
Suite 2W228, FB-6
400 Maryland Ave., SW
Washington, DC 20202-4550

Phone: 202-401-3560
Fax:     202-205-5760

**FAX COVER SHEET**

TO: _Frances L. Greenhill_

Phone: 202-493-6309

FROM: _Bettie Morton_

Phone: 202-401-3584