

# UNITED STATES DEPARTMENT OF EDUCATION

WASHINGTON, D.C, 20202- _____

AUG 17 2004

Frances L. Greenhill
1900 Richie Road
District Heights, MD 20747

In the Complaint of:
Frances L. Greenhill and
Roderick R. Page, Secretary
U.S. Department of Education
RE: ED-Case Number 2004-29-00

Dear Ms. Greenhill:

We are rescinding our letter dated July 1, 2004, in which we mistakenly accepted a complaint of discrimination against the U.S. Department of Education (Department) based upon your July 30, 2003, letter notifying the EEO Director of the Department of an alleged breach of the November 30, 1999, settlement agreement (Settlement Agreement) between yourself and the Department. The Department mischaracterized your July 30, 2003 letter as a formal complaint of discrimination requiring processing under 29 CFR §1614.106 (Individual complaints). However, your July 30, 2003, letter does not set forth a separate complaint and therefore, will not be processed as outlined in 29 CFR §1614.106.

Assuming, for the sake of argument, that your letter alleged a separate complaint of discrimination, the Department would dismiss the complaint as untimely pursuant to 29 CFR §1614.107(a)(2) based upon your failure to pursue the matter within the applicable time limits.

As stated in our letter dated July 1, 2004, the Equal Employment Opportunity Commission's (EEOC) regulations at 29 CFR §1614.504(a) provide as follows:

> (a)    ... If the complainant believes that the agency failed to comply with the terms of a settlement agreement or decision, the complainant shall notify the EEO Director, in writing, of the alleged noncompliance within 30 days of when the complainant knew or should have known of the alleged noncompliance. The complainant may request that the terms of the settlement agreement be specifically implemented or, alternatively, that the complaint be reinstated for further processing from the point processing ceased.

The Department acknowledges that your letter dated July 30, 2003, provided written notification to the EEO Director of an alleged breach of the Settlement Agreement and included a letter dated June 21, 2002 from the U.S. Justice Department withdrawing a tentative offer of employment as a GS-5 Secretary.



GOVERNMENT EXHIBIT
F

www.ed.gov

*Our mission is to ensure equal access to education and to promote educational excellence throughout the Nation.*

Page 2 – Frances L. Greenhill, ED 2004-29-00

Further, you indicated that the withdrawal of employment by the U.S. Justice Department is the result of the alleged breach of the Settlement agreement. However, your July 30, 2003, notification is untimely in that you knew or should have known of the alleged noncompliance on or about June 21, 2002, and as such, were required to notify the EEO Director within 30 days of that date. Specifically, your notification to the EEO Director was sent over one year following the date of the alleged noncompliance.

In addition, upon further review of your July 30, 2003, letter, I have determined that the reasons which you have provided for failing to notify the EEO Director within the prescribed time limits do not warrant waiver of the prescribed time limits as permitted by 29 CFR §§614.604(c). Based upon the above, the Department will not seek resolution of this matter.

## APPEAL RIGHTS

The Complainant has the right to appeal this decision to the Equal Employment Opportunity Commission within 30 calendar days of receipt. 29 CFR § 1614.40 (a) and (b). If an appeal is filed, please use the Equal Employment Opportunity Commission Form 573, Notice of Appeal/Petition, and indicate what is being appealed, including the assigned Department of Education case number.

An appeal must be filed with the Director, Office of Federal Operations, Equal Employment Opportunity Commission (FAX number [202] 663-7022). Personal delivery is to be made to the Office of the Director, Office of Federal Operations, Equal Employment Opportunity Commission, 1801 L Street, NW, Washington, DC. See 29 C.F.R. §1614.403(a).

As a part of the appeal requirements, a copy of the appeal must be furnished to James R. White, Director, Equal Employment Opportunity Group, U.S. Department of Education, FOB 6, Room 2W228, 400 Maryland Avenue, SW, Washington, DC 20202. See 29 CFR §1614.403(b). A copy of the appeal may also be hand delivered to that address or sent by facsimile (FAX number [202] 205-5760). See 29 CFR §1614.403(d).

Any statement or brief in support of the appeal must be submitted to the Director, Office of Federal Operations, Equal Employment Opportunity Commission, and to the designated agency representative, William Haubert, Office of the General Counsel, U.S. Department of Education, FOB 6, Room 6C106, Maryland Avenue, SW, Washington, DC 20202, within 30 days of filing the appeal. A copy of the statement or brief may be sent by facsimile (FAX number [202] 402-5391. See 29 CFR §1614.403(d).

Page 3 – Frances L. Greenhill, ED 2004-29-00

The Complainant has the right to file a civil action in the appropriate United States District Court within 90 calendar days of receipt of this final decision if an appeal is not filed with the Equal Employment Opportunity Commission. If this decision is appealed to the Equal Employment Opportunity Commission, a civil action may be filed in the appropriate United States District Court within 90 days of receipt of the Equal Employment Opportunity Commission's final decision on appeal, or after 180 days from the date of filing an appeal with the Equal Employment Opportunity Commission, if there has been no final decision by the Equal Employment Opportunity Commission. See 29 CFR § 1614.408.

If a civil action is filed, the Complainant may request the court to appoint a lawyer to represent him/her if he/she does not have a lawyer, or is unable to obtain the services of one. In such circumstances as the court may deem just, the court may appoint a lawyer and may authorize the commencement of the action without payment of fees, costs, or security. Any such request must be made within the above-referenced time limit for filing suit and in such form and manner as the court may require.

Notification is given that a civil action is filed, the name and title of the U.S. Department of Education agency head (Roderick R. Page, Secretary, U.S. Department of Education) must be cited as the defendant. Failure to do so may result in the lost of any judicial redress to which the Complainant may be entitled.

If represented by an attorney, the date of receipt of this decision or any other official correspondence for the purpose of computing timeframes is the date on which the attorney-representative receives the correspondence. It is not the date on which the Complainant receives a copy of the correspondence. See 29 CFR § 1614.402(b).

*James R. White*
James R. White
Director
Equal Employment Opportunity Group


Enclosure
EEOC Form 573

# NOTICE OF APPEAL/PETITION
## TO THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### OFFICE OF FEDERAL OPERATIONS

1. Appellant's name (Last, First, Middle): [Please Print or Type]

2. Home/mailing address:

3. Name and address of attorney or other representative, if any:

4. Appellant's daytime telephone number (incl. area code):

5. Representative's telephone number (if applicable):

6. Has the appellant filed a formal complaint with his/her agency?
   ☐ No    ☐ Yes - indicate the Agency's complaint number: _____

7. Name of the agency being charged with discrimination:

8. Location of the duty station or local facility in which the complaint arose:

9. Has a FINAL DECISION been issued by the agency, an Arbitrator, FLRA, or MSPB on this complaint?
   ☐ YES (Indicate the date the appellant RECEIVED it _____, and ATTACH A COPY.)
   ☐ NO
   ☐ This appeal alleges a breach of a settlement agreement.

10. Has a complaint been filed on this same matter with this Commission, another agency, or through any other administrative or collective bargaining procedure?
    ☐ NO    ☐ YES (Indicate the agency or procedure, complaint/docket number, and attach a copy, if appropriate).

11. Has a civil action (lawsuit) been filed in connection with this complaint?
    ☐ NO    ☐ YES (ATTACH A COPY OF THE CIVIL ACTION FILED)

12. Signature of appellant or appellant's representative

13. Date:

NOTICE: Before mailing this appeal, be sure to attach a copy of the final decision from which you are appealing, if one has been issued. Any comments or brief in support of the appeal MUST be filed with the Commission AND with the agency within 30 days of the date this appeal is filed. Making a knowingly false statement on this form is punishable by law. See 18 USC § 1001. PRIVACY ACT STATEMENT ON REVERSE SIDE.

FOR EEOC USE ONLY:                    OFO DOCKET NUMBER:

EEOC FORM 573 REV 4-92