# NOTICE OF APPEAL/PETITION
## TO THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### Office of Federal Operations

**1. Appellant's name (Last, First, Middle): [Please Print or Type]**
Greenhill Frances Lenore

**2. Home/mailing address:**
1900 Ritchie Road
District Heights MD 20747

**3. Name and address of attorney or other representative, if any:**
Gary T. Brown, 320 Maryland Ave, NE Washington DC. 20002

**4. Appellant's daytime telephone number (incl. area code):**
240 353 0872 / 301-736-6764

**5. Representative's telephone number (if applicable):**
202-393-4900

**6. Has the appellant filed a formal complaint with his/her agency?**
☐ No
☑ Yes - indicate the Agency's complaint number: 2004-29-60

**7. Name of the agency being charged with discrimination:**
US Dept. of Education

**8. Location of the duty station or local facility in which the complaint arose:** 400 Maryland Ave SW, Wash DC

**9. Has a FINAL DECISION been issued by the agency, an Arbitrator, FLRA, or MSPB on this complaint?**
☑ YES (Indicate the date the appellant RECEIVED it 8-23-04, and ATTACH A COPY.) FEDEX
☐ NO
☑ This appeal alleges a breach of a settlement agreement.

**10. Has a complaint been filed on this same matter with this Commission, another agency, or through any other administrative or collective bargaining procedure?**
☐ NO ☑ YES (Indicate the agency or procedure, complaint/docket number, and attach a copy, if appropriate).

**11. Has a civil action (lawsuit) been filed in connection with this complaint?**
☐ NO ☐ YES (ATTACH A COPY OF THE CIVIL ACTION FILED)

**12. Signature of appellant or appellant's representative**
Frances L Greenhill

**13. Date:** 8/24/04

NOTICE: Before mailing this appeal, be sure to **attach a copy of the final decision** from which you are appealing, if one has been issued. Any comments or brief in support of the appeal MUST be filed with the Commission AND with the agency within 30 days of the date this appeal is filed. Making a knowingly false statement on this form is punishable by law. See 18 USC § 1001. PRIVACY ACT STATEMENT ON REVERSE SIDE.

**FOR EEOC USE ONLY:**

GOVERNMENT EXHIBIT G

**OFO DOCKET NUMBER:**