Source: Legal > Area of Law - By Topic > Administrative Law > Administrative Materials & Regulations > Labor > **Equal Employment Opportunity Commission Public Sector Decisions**
Terms: greenhill (Edit Search)

*2005 EEOPUB LEXIS 724, ***

Frances L. **Greenhill,** Complainant, v. Margaret Spellings, Secretary, Department of Education, Agency

Appeal No. 01A45669 Agency No. ED-2004-29-00BR

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

2005 EEOPUB LEXIS 724

February 14, 2005

**ISSUEDBY:** **[*1]** For the Commission by Carlton M. Hadden, Director, Office of Federal Operations

**OPINION:**
DECISION

Complainant filed a timely appeal with this Commission from the final agency decision (FAD) dated August 14, 2004. The FAD dismissed the breach of settlement claim as untimely filed under 29 C.F.R. § 1614.504(a). For the following reasons, the Commission affirms the dismissal.

On appeal, the complainant argues that she did timely and diligently pursue her claims of settlement breach and that any inexcusable delay was attributable to the agency.

As background, in November 1999, the complainant entered a settlement agreement with the agency that stated, in pertinent part, that if the complainant believed that the agency had failed to comply with the settlement agreement, she must notify the agency's EEO Director in writing within thirty days of the date that the complainant knew, or should have known, of the alleged non-compliance. n1 This is consistent with the Commission's regulations. See 29 C.F.R. § 1614.504(a).

- - - - - - - - - - - - - - Footnotes - - - - - - - - - - - - - - -

n1 The agency agreed to grant complainant a Within-Grade Increase and back pay, effective August 30, 1998; and to provide complainant with a rating of "Pass" for the 1998-1999 General Performance Appraisal System (GPAS) rating year. In exchange, the complainant received a lump sum of $ 90,000, agreed not to seek re-employment with the agency and waived her rights under five EEO complaints.

- - - - - - - - - - - - End Footnotes- - - - - - - - - - - - - **[*2]** The record shows that the complainant learned of the alleged breach on June 21, 2002, when the complainant received a letter from another federal agency withdrawing a tentative offer of employment due to negative information contained in the agency's employment records and a negative reference from the agency. On July 2, 2002, the complainant states that she contacted the agency's EEO office. An EEO Specialist submitted a statement saying that the EEO Specialist told the complainant to submit her claim in writing as provided in the settlement agreement. I

GOVERNMENT EXHIBIT H

2003, a year later, the complainant submitted a letter alleging breach of the settlement agreement and the complainant admitted her request was untimely. Thus, although on appeal, the complainant argues she was timely, her July 2003 statement indicates she knew she had to submit her claim in writing and did not do so.

Based on the foregoing, we find the complainant untimely informed the agency of its breach of the settlement agreement. Accordingly, the FAD is affirmed.

**LOAD-DATE:** February 26, 2005

Source:  Legal > Area of Law - By Topic > Administrative Law > Administrative Materials & Regulations > Labor > **Equal Employment Opportunity Commission Public Sector Decisions**
Terms:  **greenhill**  (Edit Search)
View:  Full
Date/Time:  Monday, February 28, 2005 - 1:11 PM EST

About LexisNexis | Terms and Conditions

Copyright © 2005 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.