UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANCES L. GREENHILL, pro se ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 05-1100 (RBW) |
| ) | |
| MARGARET SPELLINGS, ) | |
| Secretary, U.S. Department of Education, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**ORDER**

This matter having come before the Court on Defendant's Motion to Dismiss, Or In The Alternative, For Summary Judgment, the memoranda in support and opposition, and the entire record in this case, it is this _____ day of _____ hereby

ORDERED that Defendant's Motion _____ is hereby GRANTED; and it is

FURTHER ORDERED that any of plaintiff's remaining claims are hereby DISMISSED in their entirety, with prejudice.

_____
United States District Judge