UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRANCES L. GREENHILL,**<br><br>           **Plaintiff,**<br>   v.<br><br>**MARGARET SPELLINGS, Secretary,**<br>**U.S. Department of Education,**<br><br>           **Defendant.** | Civil Action No. 05-1100 (RBW) |

## ORDER

In accordance with the Memorandum Opinion issued this 21st day of December, 2005, it is

**ORDERED** that defendant's motion to dismiss or, in the alternative, for summary judgment [Dkt.# 12] is **GRANTED**. It is

**FURTHER ORDERED** that the case is **DISMISSED without prejudice**.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

_____
REGGIE B. WALTON
United States District Judge