UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

JAN 2 0 2006

RECEIVED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
U.S. COURT OF APPEALS
FOR THE D.C. CIRCUIT

2006 JAN 20 PM 6:11

FILING DEPOSITORY

Frances L. Greenhill
_____
Plaintiff

vs.

Civil Action No. 05-6111 (RBW)
05-1100

Margaret Spellings
_____
Defendant

## NOTICE OF APPEAL

Notice is hereby given this 20 day of January, 20 06, that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the 20 day of December, 20 06

in favor of Margaret Spellings

against said Frances L. Greenhill

_____
Frances L. Greenhill
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**    Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Megan L. Rose
Assistant US Attorney
Judiciary Center Building
Civil Division
555 4th St NW
Washington DC 20530

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| GREENHILL, FRANCES L. | 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 | 01/03/60 | 11/30/99 |

### FIRST ACTION

| 5-A. Code | 5-B. Nature Of Action |
|---|---|
| 317 | RESIGNATION |
| 5-C. Code | 5-D. Legal Authority |
| RPM | REG 715.202 |
| 5-E. Code | 5-F. Legal Authority |
|  |  |

### SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
|  |  |
| 6-C Code | 6-D. Legal Authority |
|  |  |
| 6-E. Code | 6-F. Legal Authority |
|  |  |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| EDUCATION SUPPORT ASST (O.A.)<br>ESV2  0SP2820  E000456 |  |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 0303 | 07 | 07 | $33009 | PA |  |  |  |  |  |  |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $ 31451 | $ 1558 | $ 33009 | $ 0 |  |  |  |  |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| OFC OF EL & SEC ED<br>OFFICE OF INDIAN EDUCATION<br>PROGRAM GROUP 2<br><br>WASHINGTON, DC |  |

### EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 — 1-None  2-5-Point  3-10-Point/Disability  4-10-Point Compensable  5-10-Point Other  6-10-Point/Compensable/30% | 1 — 0-None  1-Permanent  2-Conditional  3-Indefinite | F  SEX | YES  X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| I1  BASIC + OPTIONAL(1X) + FAMILY(1X) | 9  NOT APPLICABLE | 6 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K  FERS & FICA | 02/12/83 | F  FULL-TIME |  |

### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 — 1-Competitive Service  2-Excepted Service  3-SES General  4-SES Career Reserved | N  E-Exempt  N-Nonexempt |  | 0030 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON, DISTRICT OF COLUMBIA |

| 40. Agency Data | 41. VET-STAT | 42. EDUC LVL | 43. SUPV LVL | 44. POSITION SENSITIVITY |
|---|---|---|---|---|
| CLS  NC  00 | N | 04 | 8 | NONSENSITIVE/LOW RI |

45. Remarks

FORWARDING ADDRESS: 12806 HEATHERWICK CT BRANDYWINE MD 20613
REASON FOR RESIGNATION: TO PURSUE FEDERAL EMPLOYMENT IN ANOTHER FIELD, NAME THE AREA OF HEALTH AND HUMAN SERVICES.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| ED - OFC OF ELEM/SEC EDUC | JOYCE B. BOYKIN<br>SUPV PERSONNEL MGMT SPECIALIST |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
| EDES | 1306 | 12/17/99 | 34016 |

U.S Department of Justice　　　　　　　　　　　Inquiry Regarding Suitability of Applicant

__Francis Greenhill__　　　　　　　　　　　　　__May 20, 2002__
　　　(Applicant's Name)　　　　　　　　　　　　Today's Date

NAME OF INDIVIDUAL QUESTIONED: __Mary Brayboy__
RELATIONSHIP TO APPLICANT:　☐ Employer　　■ Supervisor
　　　　　　　　　　　　　　　☐ Co-worker　　☐ Personal Associate

YEARS OF RELATION TO APPLICANT:  From: __1998__  To: __1999__

1. To your knowledge, is this person reliable, honest, trustworthy and of good character?
　___ yes　___ no (if not, explain) _____

2. Do you have any reason to question this person's loyalty to the United States?
　___ yes　___ no (if yes, explain) _____

3. Do you know of anything questionable in the applicant's background?
　___ yes　___ no (if yes, explain) _____

4. Would you recommend this person for a position of trust in the U. S. Government?
　___ yes　___ no (if yes, explain) _____

5. Please furnish any other information you may wish to offer.
　_____

(FOR EMPLOYER OR SUPERVISOR ONLY)
6. Reason applicant left ( or is leaving) this position? _____

7. Is this person eligible for rehire? ___ yes  _x_ no (if no explain)
　Because her performance was not at the level it should have been. There were a lot of confrontations with this employee. The situation is very complex. Ms. Greenhill had made an agreement with the Dept. of Education not to apply for another Federal job. There is not any paper work on that, but I do know that she did sign something saying that she would not apply for any federal job. If her name was on a cert and I had an opportunity to choose her again I would not choose her.

8. To your knowledge, has this person ever been fired from any job for any reason, or quit after being notified that he/she would be fired? _x_ yes ___ no ( if yes; explain) __She was fired from the Dept. of Education.__

　　　　　　　　　　　　　　　　Inquiry conducted by: __Nichole Covington__

Ms. Brayboy did not feel comfortable answering questions 1- 6

A6

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| GREENHILL, FRANCES L. | 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 | 01/03/60 | 11/30/99 |

### FIRST ACTION

| 5-A. Code | 5-B. Nature Of Action |
|---|---|
| 317 | RESIGNATION |
| 5-C. Code | 5-D. Legal Authority |
| RPM | REG 715.202 |
| 5-E. Code | 5-F. Legal Authority |
| | |

### SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |
| 6-C Code | 6-D. Legal Authority |
| | |
| 6-E. Code | 6-F. Legal Authority |
| | |

**7. FROM: Position Title and Number**
EDUCATION SUPPORT ASST (O.A.)
ESV2   0SP2820   E000456

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| GS | 0303 | 07 | 07 | $33009 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| $31451 | $1558 | $33009 | $0 |

**14. Name and Location of Position's Organization**
OFC OF EL & SEC ED
OFFICE OF INDIAN EDUCATION
PROGRAM GROUP 2

WASHINGTON, DC

**15. TO: Position Title and Number**

| 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| | | | | | |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| | | | |

**22. Name and Location of Position's Organization**

### EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 — 1-None, 2-5-Point, 3-10-Point/Disability, 4-10-Point Compensable, 5-10-Point Other, 6-10-Point/Compensable/30% | 1 — 0-None, 1-Permanent, 2-Conditional, 3-Indefinite | F   SEX | YES  X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| I1 BASIC + OPTIONAL(1X) + FAMILY(1X) | 9 NOT APPLICABLE | 6 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K FERS & FICA | 02/12/83 | F FULL-TIME | |

### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 — 1-Competitive Service, 2-Excepted Service, 3-SES General, 4-SES Career Reserved | N  E-Exempt / N-Nonexempt | | 0030 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON, DISTRICT OF COLUMBIA |

| 40. Agency Data | 41. VET-STAT | 42. EDUC LVL | 43. SUPV LVL | 44. POSITION SENSITIVITY |
|---|---|---|---|---|
| DUNC CLS 00 | N | 04 | 8 | NONSENSITIVE/LOW RI |

**45. Remarks**
FORWARDING ADDRESS: 12806 HEATHERWICK CT BRANDYWINE MD 20613
REASON FOR RESIGNATION: TO PURSUE FEDERAL EMPLOYMENT IN ANOTHER FIELD, NAME THE AREA OF HEALTH AND HUMAN SERVICES.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| ED - OFC OF ELEM/SEC EDUC | JOYCE B. BOYKIN |
| 47. Agency Code: EDES  48. Personnel Office ID: 1306  49. Approval Date: 12/17/99 | SUPV PERSONNEL MGMT SPECIALIST  34016 |