# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 06-5030**           **September Term, 2006**

FRANCES L. GREENHILL
    APPELLANT

**FILED**
JUL 1 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

v.

MARGARET SPELLINGS, SECRETARY, U.S. DEPARTMENT OF EDUCATION,
    APPELLEE

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED  APR  6 2007
CLERK

Appeal from the United States District Court
for the District of Columbia
(No. 05cv01100)

Before: GARLAND and BROWN, *Circuit Judges,* and WILLIAMS, *Senior Circuit Judge.*

### JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the case be remanded to the district court with instructions to transfer the case to the Court of Federal Claims pursuant to 28 U.S.C. § 1631, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

MANDATE
Pursuant to the provisions of Fed. R. App.Pro.41(a)
ISSUED:
BY:                          , Deputy Clerk
ATTACHED: __ Amending Order
__ Opinion
__ Order on Costs

FOR THE COURT:
Mark J. Langer, Clerk

BY:
Michael C. McGrail
Deputy Clerk

Date: April 6, 2007

Opinion for the court filed by Senior Circuit Judge Williams.

A True copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk