# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**FRANCES L. GREENHILL,**

            **Plaintiff,**

    v.                                            **Civil Action No. 05-1100 (RBW)**

**MARGARET SPELLINGS, Secretary,**
**U.S. Department of Education,**

            **Defendant.**

## ORDER

This matter comes before the Court on remand from the Court of Appeals for the District of Columbia Circuit.   This Court dismissed the case without prejudice based on lack of subject matter jurisdiction.  The Court of Appeals agreed that the case must be brought in the Court of Federal Claims.  *See Greenhill v. Spellings*, 482 F.3d 569, 576 (D.C. Cir. 2007).  In accordance with the mandate from the Court of Appeals and pursuant to 28 U.S.C. § 1631, it is hereby

ORDERED that the case is TRANSFERRED to the Court of Federal Claims.

                                    _____/s_____
                                    REGGIE B. WALTON
                                    United States District Judge

DATE: July 26, 2007