|  | **United States District Court**<br>**for the District of Columbia**<br>**Clerk's Office** |  |
|---|---|---|
| Nancy Mayer-Whittington<br>Clerk | **333 Constitution Avenue, NW**<br>**Washington, D.C. 20001** |  |

December 4, 2006

```
FILED
DEC  4 2007
U.S. COURT OF
FEDERAL CLAIMS
```

United States Court of Federal Claims
Clerk's Office
717 Madison Place, N.W.
Washington, D.C. 20005

RE:   05-1100 RBW
      GREENHILL vs. SPELLINGS

**07-854 C**

Dear Clerk:

On 07/26/07, this Court signed an order transferring the above-entitled case to your Court.

Enclosed is the docket sheet and filings for this case.

Once your court has assigned a Judge and case number, please note that information somewhere on the copy of this letter and return it using the enclosed envelope.

Thank you for your assistance. You can contact me at (202) 354-3153 , if needed.

                    NANCY MAYER-WHITTINGTON,   Clerk

                    By:_____/s/ Tawana Davis_____
                    Tawana Davis, Deputy Clerk

**RECEIVED**
DEC - 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



Enclosure(s)